IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALEX IS THE BEST, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 15-227 (RGA) |
| TP-LINK USA CORP., TP-LINK RESEARCH | ) | |
| AMERICA CORP., and TP-LINK | ) | |
| RESEARCH INSTITUTE USA CORP., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT TP-LINK RESEARCH AMERICA CORPORATION'S
RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant TP-LINK Research America Corporation ("TPRA") states as follows:   TPRA hereby identifies the following corporate parent organized under the laws of the People's Republic of China Hong Kong Special Administrative Region:  TP-LINK International Ltd.  TPRA has no publicly held corporation owning 10% or more of its stock.

OF COUNSEL:

Enoch H. Liang
Heather F. Auyang
LEE TRAN & LIANG LLP
601 Gateway Boulevard
Suite 1010
South San Francisco, CA 94080

Timothy S. Fox
LEE TRAN & LIANG LLP
601 S. Figueroa Street
Suite 3900
Los Angeles, CA 90017

June 18, 2015
9240701

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ethan Townsend*
_____

Karen Jacobs (#2881)
Ethan Townsend (#5813)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
kjacobs@mnat.com
etownsend@mnat.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2015, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 18, 2015, upon the following in the manner indicated:

Richard D. Kirk                                                            *VIA ELECTRONIC MAIL*
Stephen B. Brauerman
Vanessa R. Tiradentes
Sara E. Bussiere
BAYARD, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899
*Attorneys for Plaintiff*

Eugenio J. Torres-Oyola                                                    *VIA ELECTRONIC MAIL*
Cristina Arenas-Solis
FERRAIUOLI LLC
221 Plaza Building, 5th Floor
Ponce de León Avenue
Hato Rey, PR  00917
*Attorneys for Plaintiff*


                                                    */s/ Ethan Townsend*
                                                    _____
                                                    Ethan Townsend (#5813)